IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PEDRO IVAN BASTOS DE BARROS, <br><br> Plaintiff, <br><br> vs. <br><br> JANET NAPOLITANO, Secretary of the Department of Homeland Security; DAVID G. GLUCK, Hawaii District Director of the Bureau of Citizenship and Immigration Services, <br><br> Defendants. | CV 12-00657 SOM-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 13, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendants' Motion to Remand" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 1, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

PEDRO IVAN BASTOS DE BARROS, Civ. 12-00657 SOM-RLP, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION